Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Karp,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No: 2:17-cv-00891-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, October 30, 2017, to file the Motion for Summary Judgment.

    IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated:  09/29/2017          / s / Joseph C. Fraulob
                                       Joseph C. Fraulob
                                       Attorney for Plaintiff

Dated:  09/29/2017          / s / Marcello Illarmo
                                         Marcello Illarmo
                                         Special Assistant U.S. Attorney
                                         Attorney for Defendant

IT IS ORDERED.

Dated:  October 3, 2017

                                                   /s/ Kendall J. Newman
                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE